IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 10-239-TUC-DCB(DTF) |
| Plaintiff, ) | |
| vs. ) | **REPORT AND RECOMMENDATION** |
| Adrian Cooper, ) | |
| Defendant. ) | |

Pending before this Court is Defendant Adrian Cooper's Motion to Dismiss Indictment (Doc. 35) and the government responded (Doc. 37). That matter came before the Court for hearing on April 8, 2011 with defendant present and represented by counsel. The Court finds defendant has not met burden establishing that any evidence has been lost. The camera not having any recording capability and no evidence being obtained, the Court recommends to the District Court that the Motion to Dismiss Indictment is DENIED.

DATED this 8th day of April, 2011.

D. Thomas Ferraro
United States Magistrate Judge