**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **CR 10-239-TUC-DCB (DTF)** |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| ADRIAN COOPER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Dismiss Indictment.

Magistrate Judge Ferraro conducted a hearing on April 8, 2011, and issued his Report and Recommendation. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge's Report and Recommendation is

/ / /

/ /

/

ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss Indictment is denied.

DATED this 28th day of April, 2011.

David C. Bury
United States District Judge